# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Panos, Christopher J. | United States Bankruptcy Court (D. Mass.) | 08/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608-2025

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spindle Rock Club, Inc. |
| 2. | Trustee | LMM Westport Legacy Trust (personal/family investment accts) |
| 3. | Trustee | Knubble Realty Trust (personal/family real estate) |
| 4. | Trustee | BeeHive Realty Trust (personal/family real estate) |
| 5. | Trustee | C&M Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/12/14 | Agt. Re. Plan of Liquidation and Winddown Craig and Macauley PC (ceased practicing law 4/30/14, but still could distribute to former shareholders). |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/15/18 | Craig and Macauley PC Windown Distribution (See Part II) | $6,490.82 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 28 - November 1, 2018 | San Antonio, TX | Annual Meeting and Education Programs | Stipend toward travel, lodging, and meals offered to all members |
| 2. | American Bankruptcy Institute | July 11 - 14, 20118 | Stowe, VT | Speak at Northeast Conference | Hotel room and meals provided |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CJP Investment Acct 1 | | | | | | | | | |
| 2. VEMAX | B | Dividend | L | T | | | | | |
| 3. VMATX | B | Dividend | K | T | | | | | |
| 4. VMMXX | A | Dividend | K | T | | | | | |
| 5. VTIAX | B | Dividend | L | T | | | | | |
| 6. VTSAX | B | Dividend | M | T | | | | | |
| 7. 529 Plan Account 1 | | | | | | | | | |
| 8. Vanguard Totl Int Stk Idx | | None | L | T | | | | | |
| 9. Vanguard totl Stk Mkt Idx | | None | L | T | | | | | |
| 10. 529 Plan Account 2 | | | | | | | | | |
| 11. Vanguard Totl Int Stk Idx | | None | L | T | | | | | |
| 12. Vanguard totl Stk Mkt Idx | | None | L | T | | | | | |
| 13. CJP IRA 1 | | | | | | | | | |
| 14. VMXX | D | Dividend | N | T | | | | | |
| 15. VTIAX | C | Dividend | M | T | | | | | |
| 16. VTSAX | B | Dividend | L | T | | | | | |
| 17. CJP IRA 2 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VMMXX | C | Dividend | M | T | | | | | |
| 19. CJP Inv Acct 2 / LMMWL Trust Acct | | | | | | | | | |
| 20. VMMXX | A | Dividend | L | T | | | | | |
| 21. FHICX | D | Dividend | L | T | | | | | |
| 22. HAHCX | E | Dividend | M | T | Redeemed (part) | 01/01/18 | M | A | |
| 23. HAHAX | B | Dividend | M | T | Spinoff (from line 22) | 01/01/18 | M | | |
| 24. CJP IRA 3 | | | | | | | | | |
| 25. ABDXX | A | Interest | J | T | | | | | |
| 26. VGK | A | Dividend | K | T | | | | | |
| 27. VOO | A | Dividend | K | T | | | | | |
| 28. VFH | A | Dividend | K | T | | | | | |
| 29. CJP Investment Acct 3 | | | | | | | | | |
| 30. SPAXX | A | Int./Div. | K | T | | | | | |
| 31. | | | | | Sold (part) | 06/29/18 | K | | |
| 32. | | | | | | | | | |
| 33. FDMXX | B | Int./Div. | N | T | | | | | |
| 34. | | | | | Sold (part) | 12/24/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 09/25/18 | K | A | |
| 36. | | | | | Sold (part) | 04/13/18 | L | A | |
| 37. | | | | | Sold (part) | 01/26/18 | K | A | |
| 38. XLF | B | Dividend | L | T | | | | | |
| 39. ABTL (AUTO) | | None | J | T | | | | | |
| 40. CXDO | | None | J | T | | | | | |
| 41. XLRE | A | Int./Div. | J | T | | | | | |
| 42. FTEXX | A | Int./Div. | J | T | | | | | |
| 43. FZBXX | A | Int./Div. | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. Investment Acct 4 | | | | | | | | | |
| 46. FDMXX | | None | | | Sold | 01/26/18 | J | A | |
| 47. Investment Account k1 | | | | | | | | | |
| 48. FDMXX | A | Dividend | L | T | | | | | |
| 49. FSDCX | A | Dividend | J | T | | | | | |
| 50. MSI | A | Dividend | J | T | | | | | |
| 51. TSLA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA k2 | | | | | | | | | |
| 53. FDRXX | A | Int./Div. | J | T | | | | | |
| 54. FSLCX | E | Dividend | L | T | | | | | |
| 55. FASMX | B | Dividend | K | T | | | | | |
| 56. FDFFX | D | Dividend | L | T | | | | | |
| 57. FFIDX | C | Dividend | K | T | | | | | |
| 58. FLPSX | D | Dividend | L | T | | | | | |
| 59. FBGRX | B | Dividend | K | T | | | | | |
| 60. FDGFX | D | Dividend | L | T | | | | | |
| 61. | | | | | | | | | |
| 62. Boston Private Bank Deposit Account | A | Interest | K | T | | | | | |
| 63. Bank of America Deposit Accounts | A | Interest | L | T | | | | | |
| 64. USAA Deposit Account | A | Interest | K | T | | | | | |
| 65. Baycoast Bank Deposit Accounts | A | Interest | J | T | | | | | |
| 66. Santander Deposit Account | A | Interest | J | T | | | | | |
| 67. 2014 CM Grantor Trust (no reportable assets) | | None | | | | | | | |
| 68. CM Trust (holds snmall interest in Valmarc Inc. (private co.) | | None | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  BeeHive Trust (no reportable assets) | | None | | | | | | | |
| 70.  Knubble Trust (no reportable assets) | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I -

Line 2 - LMM Legacy Trust is a family trust that holds investment accounts that are reported in Part VII.
Line 3 - Knubble Trust owns an interest in non-income producing undeveloped family land
Line 4 - BeeHive Realty Trust owns non-income producing family home
Line 5 - CM Trust see Part VII, Line 69

Part VII-

Reinvested Dividends are reflected as income and in the total value.

Lines 22 and 23 reflect some sort of a division of Hartford High Yield Bonds into "A" (HAHAX) and "C" (HAHCX) classes in 2018. This appeared on my 2018 statements and was not initiated in any way by me.

Line 68 - C&M Grantor Trust - I understand that this grantor trust (related to the windown agreement referenced in Part II, Line 1) had no assets as of 12/31/16, but could be further funded in relation to the winddown.

Other:

[redacted] has informed me that she is or will be the trustee of estate planning trusts for [redacted]. She has also been named in trusts and on bank and investment accounts us a beneficiary who may receive money or assets if at the time of [redacted] death at some point in the future funds remain after costs of support, maintenance and medical expenses are paid during [redacted] lifetime and [redacted] estate planning has not been changed. She is also acting under a power of attorney and health care proxy for [redacted], but is not managing investments in any accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 08/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher J. Panos**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544